IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| CHARLES HADDEN, | ) |  |
|---|---|---|
| Plaintiff, | ) | NO. 1:12-0099 |
|  | ) | JUDGE HAYNES |
| v. | ) |  |
|  | ) |  |
| CITY OF CLIFTON, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## O R D E R

The initial case management conference is reset in this action for **Friday, October 26, 2012 at 10:00 a.m. in Columbia, Tennessee.**

It is so **ORDERED**.

**ENTERED** this the 28th day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge