01129-73636-MDC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CHARLES HADDEN,

    Plaintiff,

vs.

CITY OF CLIFTON, CHIEF OF POLICE
BYRON SKELTON, in his individual and
official capacity, OFFICER JERROLL
HENDERSON, in his individual and official
capacity,

    Defendants.

No. 1:12-0099/Haynes
JURY DEMANDED

## ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER HADDEN'S STATE-LAW CLAIMS

Charles Hadden's Complaint asks this Court to exercise its supplemental jurisdiction over his state-law claims.[1] But Tennessee's circuit courts have exclusive jurisdiction over claims brought pursuant to Tennessee's Governmental Tort Liability Act.[2] The Tennessee legislature's unequivocal preference for jurisdiction in such cases to be in Tennessee's circuit courts is an exceptional circumstance[3] justifying this Court in declining to exercise supplemental jurisdiction.[4] Therefore, the Court declines to exercise supplemental jurisdiction over Hadden's state-law claims and dismisses these claims without prejudice.

---

[1] Complaint at ¶ 1 (D.E. No. 1)
[2] Tenn. Code Ann. § 29-20-307
[3] 28 U.S.C. § 1367 (c)
[4] See *Gregory v. Shelby County*, 220 F.3d 433, 446 (6th Cir. 2000)

It is so **ORDERED**.

_[signature]_
WILLIAM J. HAYNES, JR.
United States District Judge
11-5-12

APPROVED FOR ENTRY:

By:  s/ Dale Conder, Jr.
DALE CONDER, JR., BPR #15419
Attorneys for Defendants
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
dconder@raineykizer.com

By:  s/LeAnne Thorne, (with permission via e-mail on 11/02/12
LEANNE THORNE, BPR #023481
Attorney at Law
P.O. Box 262
Lexington, TN 38351
(731) 968-9810
thornelaw@hotmail.com