IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CHARLES HADDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CLIFTON, CHIEF OF POLICE BYRON SKELTON, in his individual and official capacity, OFFICER JERROLL HENDERSON, in his individual and official capacity,<br><br>    Defendants. | No. 1:12-0099/Haynes<br>JURY DEMANDED |

## ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER HADDEN'S STATE-LAW CLAIMS

Charles Hadden's Complaint asks this Court to exercise its supplemental jurisdiction over his state-law claims.[1] But Tennessee's circuit courts have exclusive jurisdiction over claims brought pursuant to Tennessee's Governmental Tort Liability Act.[2] The Tennessee legislature's unequivocal preference for jurisdiction in such cases to be in Tennessee's circuit courts is an exceptional circumstance[3] justifying this Court in declining to exercise supplemental jurisdiction.[4] Therefore, the Court declines to exercise supplemental jurisdiction over Hadden's state-law claims and dismisses these claims without prejudice.

---

[1] Complaint at ¶ 1 (D.E. No. 1)
[2] Tenn. Code Ann. § 29-20-307
[3] 28 U.S.C. § 1367 (c)
[4] See Gregory v. Shelby County, 220 F.3d 433, 446 (6th Cir. 2000)

It is so **ORDERED**.

WILLIAM J. HAYNES, JR.
United States District Judge

11-5-12

APPROVED FOR ENTRY:

By:     s/ Dale Conder, Jr.
DALE CONDER, JR., BPR #15419
Attorneys for Defendants
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
dconder@raineykizer.com

By:     s/LeAnne Thorne, (with permission via e-mail on 11/02/12
LEANNE THORNE, BPR #023481
Attorney at Law
P.O. Box 262
Lexington, TN 38351
(731) 968-9810
thornelaw@hotmail.com