IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CHARLES HADDEN, )
)
    Plaintiff, )
)
v. ) No. 1:12-0099
) Chief Judge Haynes
JERROLL HENDERSON, )
)
    Defendant. )

ORDER

In accordance with the Memorandum filed herewith, the motion for summary judgment filed by Jerroll Henderson (Docket Entry No. 14) is **GRANTED**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the __10__ day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court