IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CHARLES HADDEN, )
 )
    Plaintiff, )
 )
v. ) No. 1:12-0099
 ) Chief Judge Haynes
 )
CITY OF CLIFTON, et al., )
 )
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, the motion to dismiss filed by Byron Skelton, Jerroll Henderson, and the City of Clifton (Docket Entry No. 12) is **GRANTED as to the City of Clifton and Byron Skelton and DENIED as to Defendant Jerroll Henderson**. Plaintiff's claims against Defendants Byron Skelton and the City of Clifton are **DISMISSED with prejudice.**

It is so **ORDERED**.

ENTERED this the 10th day of December, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court