IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CHARLES HADDEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 1:12-0099<br>Chief Judge Haynes |
| CITY OF CLIFTON, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the motion to dismiss filed by Byron Skelton, Jerroll Henderson, and the City of Clifton (Docket Entry No. 12) is **GRANTED as to the City of Clifton and Byron Skelton and DENIED as to Defendant Jerroll Henderson**. Plaintiff's claims against Defendants Byron Skelton and the City of Clifton are **DISMISSED with prejudice.**

It is so **ORDERED**.

ENTERED this the 10th day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court